IN THE UNITED SATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-372-D
No. 5:15-CV-373-D

BRUCE D. COPELAND, )
)
Appellant, )
)
v. ) **ORDER**
)
1UP ALLSTAR SERVICENTERS, LLC, )
et al., )
)
Appellees. )
)

On September 26, 2016, Bruce D. Copeland ("Copeland"), filed motions for reconsideration concerning this court's order and judgment of September 13, 2016. The court has considered Copeland's motions for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). Simply because paralegal fees can be reimbursed under 42 U.S.C. § 1988[1] does not mean that the bankruptcy court erred in finding that Copeland was a "bankruptcy petition preparer" under 11 U.S.C. § 110(a)(1). Cf. [D.E. 1-1] 11–15. The motions for reconsideration lack merit and are DENIED.

SO ORDERED. This **24** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge

---

[1] See Missouri v. Jenkins, 491 U.S. 274, 285–89 (1989).